MINUTE ENTRY
VAN MEERVELD, M.J.
MARCH 25, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                          MISCELLANEOUS

WARLITO TAN                                                     NO. 21-MC-592

                                                                SECTION: DUTY MAG

An initial appearance on a material witness warrant was held this date before United States Magistrate Judge Janis van Meerveld.

PRESENT:   Dall Kammer, Asst. U.S. Attorney
           Richard Udell, DOJ Attorney (by video)
           Warlito Tan, Material Witness
           Edward MacColl, Counsel for Material Witness (by video)
           William Most, Counsel for Material Witness (by video)
           Monique Fisher, U.S. Probation Officer (by video)
           Dennis Castro, Interpreter, Sworn – 2:25 p.m. – 2:53 p.m.

The material witness consented to this hearing being conducted by video.

Warlito Tan was advised of his rights. Mr. Tan informed the court that counsel has been retained. Statements were made by counsel and the court.

**IT IS ORDERED** that Mr. Tan must remain in the Eastern District of Louisiana until further notice and must relinquish his passport to the Court. Ship's agent, Vlassios Anastasiou, relinquished the passport to the court.

_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:28

cc: counsel, USM