UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: M/V JOANNA

MISC. NO. 21-mc-592

**ORDER**

IT IS ORDERED that the Motion for Leave to File Supplemental Memorandum Addressing Distinction between Grand Jury and Judicial Criminal Proceedings (Rec. Doc. 54) is GRANTED. The Supplemental Memorandum shall be filed into the record in further support of the Motion to Quash (Rec. Doc. 20).

New Orleans, Louisiana, this 20th day of May, 2021.

_____
Janis van Meerveld
United States Magistrate Judge