MINUTE ENTRY
VAN MEERVELD
July 26, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  M/V JOANNA

MISC. NO.  21-mc-592

### STATUS CONFERENCE

A video status conference was conducted on this date before the undersigned Magistrate Judge, beginning at 1:00 p.m.

PARTICIPATING:  William Most, Bruce Merrill, Richard Udell, Dall Kammer, Caroline Gabriel, Kenneth Nelson

Counsel for the witnesses explained why they believe no conflict of interest exists warranting disqualification of counsel. The government reported that there is a different factual basis for their position that counsel has a conflict of interest. Mr. Merrill will determine whether he can receive that information without disclosing it to the other counsel for the witnesses or to counsel for the owner/operator. If he can assure the government of same, the government will provide additional factual background to Mr. Merrill so he can assess the existence of a conflict of interest. He and the government will confer on this issue by noon on July 27, 2021.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:35)