**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **MISC. NO. 21-mc-592** |
| **IN RE: M/V JOANNA** | * | **SECTION: MAG** |
| | * | |

\*     \*     \*

**<u>PROTECTIVE ORDER</u>**

Considering the foregoing **UNOPPOSED MOTION FOR A PROTECTIVE ORDER AND LEAVE TO PRODUCE GRAND JURY MATERIALS** filed by the United States of America, and the reasons set forth therein,

**IT IS HEREBY ORDERED** that discovery materials produced by the United States shall be subject to the following conditions:

a.     The United States may provide discovery, including grand jury material, (collectively, "Protected Material") to Party Counsel. Party Counsel (and their clients, consultants and experts) shall not use the Protected Material for any purpose other than preparing a defense to this matter or in preparation for potential depositions.

b.     Party Counsel will make the Protected Material available to their clients, consultants and experts for review under circumstances that ensure personal identifying information and references to grand jury matters are not further disseminated to the public.

c.     Party Counsel shall not permit other persons to copy the Protected Material, and shall not disseminate copies of the Protected Material. However, Party Counsel may make copies necessary to prepare a defense or prepare for potential depositions, and may

distribute copies to staff personnel assisting in the defense or depositions. Party Counsel may also provide copies to any consultant and/or expert retained to assist in the preparation of a defense of this matter or in preparation for potential depositions. Should Party Counsel provide disclosure and copies to other individuals assisting in this matter, Party Counsel shall provide such persons with a copy of this protective order and advise such persons that the Protected Material is not to be further copied or disseminated. Party Counsel will also ensure that such persons return or destroy all copies of the Protected Material as soon as reasonably practicable after the conclusion of the matter. Party Counsel shall also maintain an accurate inventory of all Protected Materials disseminated or released to individuals other than the Party Counsel clients. This inventory shall include a list of all individuals that accessed or reviewed Protected Materials.

d.      Prior to including any portion of a Protected Material in a public filing, Party Counsel will also adhere to the restrictions outlined in Rule 49.1 of the Federal Rules of Criminal Procedure (Privacy Protection for filings Made with the Court).

e.      Disclosure consistent with this protective order shall be deemed authorized by law and not to violate 18 U.S.C. § 1905, the Privacy Act (5 U.S.C. § 552a, *et seq*.) or Rule 6(e) of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

f.      This order may be revised by the Court at any time upon a proper showing of cause, and nothing in this order shall preclude the defense upon a proper showing of cause from seeking additional discovery from the United States or from conducting an independent investigation of the matter.

New Orleans, Louisiana, this 18th day of August, 2021.

Janis van Meerveld
United States Magistrate Judge